IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br>Master Docket Case No. 1:14-cv-01748<br>Honorable Matthew F. Kennelly |
| This document applies to: | |

## MASTER SHORT-FORM COMPLAINT
## FOR INDIVIDUAL CLAIMS

1.      Plaintiff(s),   David Powers and Linda Powers                              , state(s) and incorporate(s) by reference the portions indicated below of Plaintiffs' Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In   Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Case Management Order No. 20 of this Court for cases filed directly into this district.

2.      In addition to the below-indicated portions of the Master Long Form Complaint adopted by the plaintiff(s) and incorporated by reference herein, Plaintiff(s) hereby allege(s) as follows:

### VENUE

3.      Venue for remand and trial is proper in the following federal judicial district:   Western District of New York.

### IDENTIFICATION OF PLAINTIFF(S)
### AND RELATED INTERESTED PARTIES

4.      Name and residence of individual injured by Testosterone Replacement Therapy product(s) ("TRT"):   David Powers, 11732 Nice Road, Akron New York  14001

5.      Consortium Claim(s): The following individual(s) allege damages for loss of consortium:   Linda Powers.

6. Survival and/or Wrongful Death claims:

a. Name and residence of Decedent when he suffered TRT-related injuries and/or death:

_____

_____

b. Name and residence of individual(s) entitled to bring the claims on behalf of the decedent's estate (e.g., personal representative, administrator, next of kin, successor in interest, etc.)

_____

_____

## CASE SPECIFIC FACTS
## REGARDING TRT USE AND INJURIES

7. Plaintiff currently resides in (city, state):___Akron, New York.___

8. At the time of the TRT-caused injury, [Plaintiff/Decedent] resided in (city, state):___Akron, New York.___

9. [Plaintiff/Decedent] began using TRT as prescribed and indicated on or about the following date:___5/10/2013.___

10. [Plaintiff/Decedent] discontinued TRT use on or about the following date: ___7/14/2013.___

11. [Plaintiff/Decedent] used the following TRT products:

☑ AndroGel       ☐ Striant
☐ Testim       ☐ Delatestryl
☐ Axiron       ☐ Other(s) (please specify):
☐ Depo-Testosterone
☐ Androderm       _____
☐ Testopel       _____
☐ Fortesta       _____

12. [Plaintiff/Decedent] is suing the following Defendants:

☑ AbbVie Inc.
☑ Abbott Laboratories
☐ AbbVie Products LLC
☐ Unimed Pharmaceuticals, LLC
☐ Solvay, S.A.
☐ Besins Healthcare Inc.
☐ Besins Healthcare, S.A.

☐ Eli Lilly and Company
☐ Lilly USA, LLC.
☐ Acrux Commercial Pty Ltd.
☐ Acrux DDS Pty Ltd.

☐ Pfizer, Inc.
☐ Pharmacia & Upjohn Company Inc.

☐ Endo Pharmaceuticals, Inc.
☐ Auxilium Pharmaceuticals, Inc.
☐ GlaxoSmith Kline, LLC

☐ Actavis plc
☐ Actavis, Inc.
☐ Actavis Pharma, Inc.
☐ Actavis Laboratories UT, Inc.
☐ Watson Laboratories, Inc.
☐ Anda, Inc.

Other(s) (please specify):_____

_____

13. [Plaintiff/Decedent] is bringing suit against the following Defendant(s), who did not manufacture TRT and only acted as a distributor for TRT manufacturers:

_____

    a. TRT product(s) distributed:_____

    b. Conduct supporting claims:_____

        _____

        _____

        _____

14. TRT caused serious injuries and damages including but not limited to the following:

_____ acute inferior wall myocardial infarction._____

_____

15.     Approximate date of TRT injury:_____7/14/2013._____

## ALLEGATIONS, CLAIMS, AND THEORIES OF RECOVERY ADOPTED AND INCORPORATED IN THIS LAWSUIT

16.     Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, all common allegations contained in paragraphs 1 through 466 of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545.

17.     Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, the following damages and causes of action of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545:

- ☑ Count I – Strict Liability – Design Defect
- ☑ Count II – Strict Liability – Failure to Warn
- ☑ Count III – Negligence
- ☑ Count IV – Negligent Misrepresentation
- ☑ Count V – Breach of Implied Warranty of Merchantability
- ☑ Count VI – Breach of Express Warranty
- ☑ Count VII – Fraud
- ☑ Count VIII – Redhibition
- ☑ Count IX – Consumer Protection
- ☑ Count X – Unjust Enrichment
- ☐ Count XI – Wrongful Death

☐    Count XII – Survival Action

☑    Count XIII – Loss of Consortium

☑    Count XIV – Punitive Damages

☑    Prayer for Relief

☐    Other State Law Causes of Action as Follows:_____

_____

_____

## JURY DEMAND

Plaintiff(s) demand(s) a trial by jury as to all claims in this action.

Dated this the ___9th___ day of ___July_____, 20_15_.

RESPECTFULLY SUBMITTED
ON BEHALF OF THE PLAINTIFF(S),

_____
Signature

OF COUNSEL:   (name)    Brian A. Goldstein, Esq.

             (firm)     Cellino & Barnes, P.C.

             (address)  2500 Main Place Tower, 350 Main Street, Buffalo, NY 14202-3725

             (phone)   (716) 888-8888

             (email)    brian.goldstein@cellinoandbarnes.com